THE PEOPLE EX REL. EMMA LEE AND OTHERS *v.* BUTLER H. BIXBY AND OTHERS, CONSTITUTING A COURT OF SPECIAL SESSIONS, RESPONDENTS.

*Indecent exposure —* " *Public place* " *— Joint conviction.*

Where six women made an indecent exposure of their persons for hire, in the presence of five men, in a room in the rear of the second story of a house of prostitution, the doors, windows and shutters being closed, *held,* that the room where it occurred was a " public place," and that the women were properly convicted of the crime of indecent exposure.

The offense being a misdemeanor committed by all the relators at the same time, each aiding and abetting every other, *held,* that they might be jointly prosecuted and convicted. (*Rex* v. *Orchard,* 3 Cox, 248; *Rex* v. *Harris,* 11 id., 659.)

CERTIORARI to review the conviction of the relators of the crime of indecent exposure.

*William F. Howe,* for the relators.

*B. K. Phelps,* district attorney, for the respondents.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Proceedings affirmed and writ dismissed.